45 A.3d 404

**Ronald STOCKTON, Appellant**

v.

**Francis M. DOUGHERTY, et al., Appellees.**

Supreme Court of Pennsylvania.

May 31, 2012.

## ORDER

**AND NOW,** this 31st day of May, 2012, the Joint Motion to Quash as Interlocutory is **GRANTED.**

45 A.3d 404

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Patrick Scott McPHERRON, Petitioner.**

Supreme Court of Pennsylvania.

May 31, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 31st day of May, 2012, the Petition Requesting Transcripts and Other Disclosure and the Petition for Allowance of Appeal are hereby **DENIED.**